IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN PAUBLO VELEZ, MARTINIANA VELEZ, and PAOLA VELEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>BOHREN LOGISTICS, INC., TONY WEEKLYJR., INTERSTATE HIGHWAY CONSTRUCTION INC, and D.P. SAWYER INC,<br><br>Defendants. | REASSIGNMENT ORDER<br><br>8:17CV175 |
| KATHRYNN PALS, et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>TONY WEEKLYJR., BOHREN LOGISTICS, INC., INTERSTATE HIGHWAY CONSTRUCTION, INC., and D.P. SAWYER, INC.,<br><br>Defendants. | 8:17CV27 |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(iii). Accordingly, Case No. 8:17CV175 is reassigned to the undersigned for disposition and to Magistrate Judge Susan M. Bazis for judicial supervision and processing of all pretrial matters.

Dated this 26th day of February, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge