IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHRYNN PALS, as personal representative of the Estate of Jamison B. Pals and personal representative of the Estate of Ezra A. Pals; and GORDON ENGEL, as personal representative of the Estate of Kathryne L. Pals, personal representative of the Estate of Violet J. Pals, and personal representative of the Estate of Calvin B. Pals; | **8:17CV27** |
| | **ORDER** |
| Plaintiffs, | |
| vs. | |
| TONY WEEKLYJR., BOHREN LOGISTICS, INC., INTERSTATE HIGHWAY CONSTRUCTION, INC., and D.P. SAWYER, INC., | |
| Defendants. | |

| | |
|---|---|
| JUAN PAUBLO VELEZ, MARTINIANA VELEZ, and PAOLA VELEZ, | **8:17CV175** |
| Plaintiffs, | |
| vs. | **ORDER** |
| BOHREN LOGISTICS, INC., TONY WEEKLYJR., INTERSTATE HIGHWAY CONSTRUCTION INC, and D.P. SAWYER INC, | |
| Defendants. | |

Following a telephone conference held on today's date,

**IT IS ORDERED** as follows:

1.      The Unopposed Motion to Consolidate Case No. 8:17CV27 with Case No. 8:17CV175 (Case No. 8:17CV27, Filing No. 102) is granted.

2.      Case No. 8:17CV27 and Case No. 8:17CV175 are hereby consolidated for discovery, trial and all other purposes.

3.      Case No. 8:17CV27 is hereby designated as the "Lead Case."  Case No. 8:17CV175 is hereby designated as the "Member Case."

4.      The Court's CM/ECF System has the capacity for "spreading" text among the consolidated cases.  If properly docketed, the documents filed in the Lead Case will automatically be filed in all Member Cases.  To this end, the parties are instructed to file in the Lead Case, Case No. 8:17CV27, all further documents except those described in paragraph 5 and to select the option "yes" in response to the System's question whether to spread the text.

5.      The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

6.      If a party believes that an item in addition to those described in paragraph 5 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more individual member cases.  The motion must be filed in all the consolidated cases using the spread text feature.

7.      In anticipation of additional filings to be made in Case No. 7:18CV5004, the motions to consolidate Case Nos. 8:17CV27 and 8:17CV175, with Case No. 7:18CV5004 (Case No. 17CV27, Filing No. 109; Case No. 17CV175, Filing No. 36) are denied without prejudice to reassertion at a later date.

8.      The parties have advised that several issues raised in the Motion to Compel and For Sanctions (Case No. 8:17CV27, Filing No. 80) have been resolved.  Therefore, by March 29,

2018, Plaintiffs shall email to bazis@ned.uscourts.gov a short statement (no longer than two pages) detailing the remaining disputes.  Defendant Interstate Highway Construction, Inc. shall respond to Plaintiffs' statement within seven days of its submission.

9.      The parties are advised that discovery motions must not be filed in these cases without first contacting chambers.

Dated this 15th day of March, 2018.

                                        BY THE COURT:

                                        s/ Susan M. Bazis
                                        United States Magistrate Judge