# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHRYNN PALS, as personal representative of the Estate of Jamison B. Pals and personal representative of the Estate of Ezra A. Pals; and GORDON ENGEL, as personal representative of the Estate of Kathryne L. Pals, personal representative of the Estate of Violet J. Pals, and personal representative of the Estate of Calvin B. Pals;<br><br>           **Plaintiffs,**<br><br>  vs.<br><br>TONY WEEKLY JR., and BOHREN LOGISTICS, INC.,<br><br>           **Defendants.** | 8:17CV27<br><br>ORDER |

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice and Entry of Final Judgment, ECF No. 343. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed, with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation of Dismissal with Prejudice and Entry of Final Judgment, ECF No. 343, is approved;

2. The above-captioned action is dismissed, with prejudice;

3. Any pending motions are terminated;

4. The Court will not assess costs or attorney's fees; and

5. A separate judgment will be entered.

Dated this 15th day of July 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge